UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**MELVIN C. LEWIS,**

    **Plaintiff,**

**v.**                                                        Case No: 5:21-mc-2-MMH-PRL

**WALMART, INC. and CLERMONT
POLICE DEPARTMENT,**

    **Defendants.**

## ORDER

This miscellaneous matter is before the Court for consideration of *pro se* party Melvin C. Lewis's motion to compel (Doc. 1) directed to Walmart, Inc, and the Clermont Police Department.

As best can be discerned from Lewis's motion, this matter arises out of an incident in which Lewis was accused of inappropriately touching an employee of Walmart while in the company's Clermont location. Lewis recites that he was the subject of a malicious and false complaint that was ultimately referred to the Clermont Police Department. (Doc. 1). He recites that he has attempted to obtain copies of relevant video and other evidence from both Walmart and the Clermont Police Department but has been denied. Consequently, he seeks an order compelling Walmart and the Clermont Police Department to provide the information he seeks.

Lewis's motion (Doc. 1) is due to be denied. If the evidence Lewis seeks were relevant to a civil or criminal case properly filed in federal or state court, he may be entitled to such evidence under the applicable rules governing such a proceeding in that court. Presently,

- 2 -

however, no case exists in this Court. Rather, it appears that Lewis simply filed a request here, seeking information to support "criminal misdemeanor charges" against his accusers, or for some other unspecified purpose.

Accordingly, upon due consideration, Lewis's motion to compel (Doc. 1) is DENIED and the Clerk is directed to close this miscellaneous matter.

**DONE** and **ORDERED** in Ocala, Florida on March 24, 2021.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties